United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 19-12709-amc
Cindy Lou Cox                                                           Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4         User: BarbaraS           Page 1 of 2              Date Rcvd: Jul 08, 2019
                             Form ID: 152             Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2019.
```
db          +Cindy Lou Cox,   1107 Clover Way,   Morgantown, PA 19543-8840
smg         +Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,
              Allentown, PA 18101-1603
smg          City Treasurer,   Eighth and Washington Streets,   Reading, PA  19601
smg         +Dun & Bradstreet, INC,   3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg         +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA 18101-2401
smg         +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300
14315500    +American Express,   P.O. Box 65020,   San Antonio, TX 78265-5020
14315501     CBHS,   6 Dickinson Drive,   Suite 107,   Chadds Ford, PA 19317-9689
14315502     Chase,   Cardmember Service,   P.O. Box 1423,   Charlotte, NC 28201-1423
14315503     Chase Slate Visa,   Cardmember Service,   P.O. Box 1423,   Charlotte, NC 28201-1423
14315504     Citi Cards,   P.O. Box 70166,   Philadelphia, PA 19176-0166
14315505    +Clairmont Paciello & Co., P.C.,   250 Tanglewood Lane,   King of Prussia, PA 19406-2365
14315507    +Gregg L. Morris, Esq.,   Patenaude & Felix, A.P.C.,   4545 Murphy Canyon Road, 3rd Floor,
              San Diego, CA 92123-4363
14332293    +JPMorgan Chase Bank, N.A.,   s/b/m/t Chase Bank USA, N.A.,
              c/o Robertson, Anschutz & Schneid, P.L.,   6409 Congress Avenue, Suite 100,
              Boca Raton, FL 33487-2853
14315510     Paypal Credit,   P.O. Box 71202,   Charlotte, NC 28272-1202
14315511     Penn Medicine,   Patient Pay,   P.O. Box 824406,   Philadelphia, PA 19182-4406
14315512     Quicken Loans,   P.O. Box 6577,   Carol Stream, IL 60197-6577
14318935    +Quicken Loans Inc.,   c/o Rebecca A. Solarz, Esquire,   701 Market Street,   Suite 5000,
              Philadelphia, PA 19106-1541
14315514     Radiology Associates of the Main Line,   P.O. Box 678678,   Dallas, TX 75267-8678
14315515    +Radius Global Solutions, LLC,   P.O. Box 390905,   Minneapolis, MN 55439-0905
14315516    +SoFi Lending Corp.,   P.O. Box 654158,   Dallas, TX 75265-4158
14315518    +Toyota Financial Services,   P.O. Box 4102,   Carol Stream, IL 60197-4102
14340339    +Toyota Lease Trust,   c/o Toyota Motor Credit Corporation,   PO Box 9013,
              Addison, Texas 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 09 2019 03:12:59
              Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 09 2019 03:13:19     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
14331553     E-mail/Text: Bankruptcy@absoluteresolutions.com Jul 09 2019 03:12:38
              Absolute Resolutions Investments, LLC,   c/o Absolute Resolutions Corporation,
              8000 Norman Center Drive, Suite 350,   Bloomington, MN 55437
14315506    +E-mail/Text: bankruptcy@affglo.com Jul 09 2019 03:13:08     Global Credit Collection, Corp.,
              5440 N. Cumberland Ave.,   Suite 300,   Chicago, IL 60656-1486
14315508    +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 09 2019 03:12:47     HSN,   Comenity Bank,
              P.O. Box 659707,   San Antonio, TX 78265-9707
14315509     E-mail/Text: cio.bncmail@irs.gov Jul 09 2019 03:12:42     Internal Revenue Service,
              P.O. Box 37910,   Hartford, CT 06176-7910
14335288     E-mail/PDF: resurgentbknotifications@resurgent.com Jul 09 2019 03:29:25     LVNV Funding, LLC,
              Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
14315513    +E-mail/PDF: gecsedi@recoverycorp.com Jul 09 2019 03:30:18     QVC/Synchrony Bank,
              P.O. Box 530905,   Atlanta, GA 30353-0905
14349328     E-mail/Text: bnc-quantum@quantum3group.com Jul 09 2019 03:12:51
              Quantum3 Group LLC as agent for,   Comenity Capital Bank,   PO Box 788,
              Kirkland, WA  98083-0788
14338443    +E-mail/Text: bankruptcyteam@quickenloans.com Jul 09 2019 03:13:18     Quicken Loans Inc.,
              635 Woodward Avenue,   Detroit, MI 48226-3408
14351273    +E-mail/Text: bncmail@w-legal.com Jul 09 2019 03:13:12     SYNCHRONY BANK,
              c/o Weinstein & Riley, PS,   2001 Western Ave., Ste 400,   Seattle, WA 98121-3132
14316392    +E-mail/PDF: gecsedi@recoverycorp.com Jul 09 2019 03:28:21     Synchrony Bank,
              c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14353059    +E-mail/PDF: gecsedi@recoverycorp.com Jul 09 2019 03:28:21     Synchrony Bank,
              c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk VA 23541-1021
14315517     E-mail/PDF: gecsedi@recoverycorp.com Jul 09 2019 03:28:21     Synchrony Bank / Amazon,
              P.O. Box 960013,   Orlando, FL 32896-0013
                                                                                              TOTAL: 14

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

cr*         +Synchrony Bank,   c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14333933*   +JPMorgan Chase Bank, N.A.,   s/b/m/t Chase Bank USA, N.A.,
              c/o Robertson, Anschutz & Schneid, P.L.,   6409 Congress Avenue, Suite 100,
              Boca Raton, FL 33487-2853
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0313-4           User: BarbaraS            Page 2 of 2                  Date Rcvd: Jul 08, 2019
                               Form ID: 152              Total Noticed: 37
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2019                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 8, 2019 at the address(es) listed below:
              REBECCA ANN SOLARZ    on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
              SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ECFMail@ReadingCh13.com,  ecf_frpa@trustee13.com
              STANLEY E. LUONGO, JR.    on behalf of Debtor Cindy Lou Cox stan.luongo@luongobellwoar.com,
               nicole.werner@luongobellwoar.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 5
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Cindy Lou Cox
    Debtor(s)

Case No: 19−12709−amc
Chapter: 13

---

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan

, United States Bankruptcy Court 9/19/19 at 10:00 AM , in Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

 

For The Court

Timothy B. McGrath
Clerk of Court

15
Form 152