| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 19-12709-PMM**

CINDY LOU COX
1107 CLOVER WAY
MORGANTOWN  PA    19543

Petition Filed Date: 04/29/2019
341 Hearing Date: 06/11/2019
Confirmation Date: 11/14/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/30/2019 | $595.86 | Automatic Payr | 07/08/2019 | $595.86 | Automatic Payr | 07/29/2019 | $595.86 | Automatic Payr |
| 08/29/2019 | $595.86 | Automatic Payr | 10/01/2019 | $595.86 | | 10/31/2019 | $595.00 | |
| 12/03/2019 | $595.00 | | 12/30/2019 | $595.00 | | 01/28/2020 | $595.00 | |
| 02/27/2020 | $595.00 | | 03/27/2020 | $595.00 | | 04/27/2020 | $595.00 | |
| 05/28/2020 | $595.00 | | 06/29/2020 | $595.00 | | 07/27/2020 | $595.00 | |

**Total Receipts for the Period: $8,929.30    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $8,929.30**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | STANLEY E LUONGO JR ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | ABSOLUTE RESOLUTIONS INVESTMENTS LLC »» 001 | Unsecured Creditors | $26,145.81 | $2,676.18 | $23,469.63 |
| 2 | CHASE BANK USA NA »» 002 | Unsecured Creditors | $3,580.38 | $366.46 | $3,213.92 |
| 3 | CHASE BANK USA NA »» 003 | Unsecured Creditors | $4,477.77 | $458.32 | $4,019.45 |
| 4 | LVNV FUNDING LLC »» 004 | Unsecured Creditors | $5,693.59 | $582.74 | $5,110.85 |
| 5 | UNITED STATES TREASURY (IRS) »» 05P | Priority Crediors | $2,065.75 | $2,065.75 | $0.00 |
| 6 | UNITED STATES TREASURY (IRS) »» 05U | Unsecured Creditors | $39.30 | $0.00 | $39.30 |
| 7 | QUICKEN LOANS INC »» 006 | Mortgage Arrears | $246.42 | $246.42 | $0.00 |
| 8 | TOYOTA MOTOR CREDIT CORP »» 007 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | QUANTUM3 GROUP LLC as agent for »» 008 | Unsecured Creditors | $2,676.08 | $273.92 | $2,402.16 |
| 10 | SYNCHRONY BANK »» 009 | Unsecured Creditors | $410.40 | $33.42 | $376.98 |
| 11 | SYNCHRONY BANK »» 010 | Unsecured Creditors | $8,198.95 | $839.22 | $7,359.73 |

**Chapter 13 Case No. 19-12709-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,929.30 | Current Monthly Payment: | $595.86 |
| Paid to Claims: | $7,542.43 | Arrearages: | $8.60 |
| Paid to Trustee: | $838.76 | Total Plan Base: | $35,751.60 |
| Funds on Hand: | $548.11 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.