| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 19-12709-PMM**

CINDY LOU COX
1107 CLOVER WAY
MORGANTOWN  PA    19543

Petition Filed Date: 04/29/2019
341 Hearing Date: 06/11/2019
Confirmation Date: 11/14/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/28/2020 | $595.00 | | 02/27/2020 | $595.00 | | 03/27/2020 | $595.00 | |
| 04/27/2020 | $595.00 | | 05/28/2020 | $595.00 | | 06/29/2020 | $595.00 | |
| 07/27/2020 | $595.00 | | 08/27/2020 | $595.00 | | 10/01/2020 | $595.00 | |
| 11/02/2020 | $595.00 | | 12/02/2020 | $595.00 | | 01/08/2021 | $595.00 | |
| 02/09/2021 | $595.00 | | 03/08/2021 | $595.00 | | 04/07/2021 | $595.00 | |
| 05/07/2021 | $595.00 | | 06/08/2021 | $595.00 | | | | |

**Total Receipts for the Period:  $10,115.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing:  $14,879.30**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | STANLEY E LUONGO JR ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | ABSOLUTE RESOLUTIONS INVESTMENTS LLC<br>»» 001 | Unsecured Creditors | $26,145.81 | $5,612.48 | $20,533.33 |
| 2 | CHASE BANK USA NA<br>»» 002 | Unsecured Creditors | $3,580.38 | $768.54 | $2,811.84 |
| 3 | CHASE BANK USA NA<br>»» 003 | Unsecured Creditors | $4,477.77 | $961.19 | $3,516.58 |
| 4 | LVNV FUNDING LLC<br>»» 004 | Unsecured Creditors | $5,693.59 | $1,222.16 | $4,471.43 |
| 5 | UNITED STATES TREASURY (IRS)<br>»» 05P | Priority Crediors | $2,065.75 | $2,065.75 | $0.00 |
| 6 | UNITED STATES TREASURY (IRS)<br>»» 05U | Unsecured Creditors | $39.30 | $0.00 | $39.30 |
| 7 | QUICKEN LOANS INC<br>»» 006 | Mortgage Arrears | $246.42 | $246.42 | $0.00 |
| 8 | TOYOTA MOTOR CREDIT CORP<br>»» 007 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | QUANTUM3 GROUP LLC as agent for<br>»» 008 | Unsecured Creditors | $301.90 | $301.90 | $0.00 |
| 10 | SYNCHRONY BANK<br>»» 009 | Unsecured Creditors | $410.40 | $88.11 | $322.29 |
| 11 | SYNCHRONY BANK<br>»» 010 | Unsecured Creditors | $8,198.95 | $1,759.98 | $6,438.97 |

**Chapter 13 Case No. 19-12709-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $14,879.30 | Current Monthly Payment: | $595.86 |
| Paid to Claims: | $13,026.53 | Arrearages: | $17.20 |
| Paid to Trustee: | $1,308.81 | Total Plan Base: | $35,751.60 |
| Funds on Hand: | $543.96 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.