### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Cindy Lou Cox<br>                Debtor(s) | CHAPTER 13 |
| Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.<br>                Movant<br>vs.| NO. 19-12709 PMM |
| Cindy Lou Cox<br>                Debtor(s) | |
| Scott Waterman<br>                Trustee | 11 U.S. |

### **ORDER**

AND NOW, upon consideration of Movant's Motion to Approve Loan Modification, it is ORDERED AND DECREED that:

The Motion is granted and the Loan Modification Agreement executed on *January 31, 2022* does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

**Date: March 17, 2022**

*Patricia M. Mayer*
United States Bankruptcy Judge.