| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 19-12709-PMM

CINDY LOU  COX
1107 CLOVER WAY
MORGANTOWN  PA    19543

Petition Filed Date: 04/29/2019
341 Hearing Date: 06/11/2019
Confirmation Date: 11/14/2019

Case Status: Open / Unconfirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/07/2021 | $595.00 | | 05/07/2021 | $595.00 | | 06/08/2021 | $595.00 | |
| 07/08/2021 | $595.00 | | 08/09/2021 | $595.00 | | 09/08/2021 | $595.00 | |
| 10/07/2021 | $595.00 | | 11/08/2021 | $595.00 | | 12/07/2021 | $595.00 | |
| 01/07/2022 | $595.00 | | 02/07/2022 | $595.00 | | 03/07/2022 | $595.00 | |
| 06/27/2022 | $750.00 | | 07/12/2022 | $595.00 | | | | |

**Total Receipts for the Period: $8,485.00  Amount Refunded to Debtor Since Filing: $0.00  Total Receipts Since Filing: $21,579.30**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| | **CLAIMS AND DISTRIBUTIONS** | | | | |
| 0 | STANLEY E LUONGO JR ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | ABSOLUTE RESOLUTIONS INVESTMENTS LLC »» 001 | Unsecured Creditors | $26,145.81 | $9,201.48 | $16,944.33 |
| 2 | CHASE BANK USA NA »» 002 | Unsecured Creditors | $3,580.38 | $1,260.00 | $2,320.38 |
| 3 | CHASE BANK USA NA »» 003 | Unsecured Creditors | $4,477.77 | $1,575.83 | $2,901.94 |
| 4 | LVNV FUNDING LLC »» 004 | Unsecured Creditors | $5,693.59 | $2,003.71 | $3,689.88 |
| 5 | UNITED STATES TREASURY (IRS) »» 05P | Priority Crediors | $2,065.75 | $2,065.75 | $0.00 |
| 6 | UNITED STATES TREASURY (IRS) »» 05U | Unsecured Creditors | $39.30 | $0.00 | $39.30 |
| 7 | QUICKEN LOANS INC »» 006 | Mortgage Arrears | $246.42 | $246.42 | $0.00 |
| 8 | TOYOTA MOTOR CREDIT CORP »» 007 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | QUANTUM3 GROUP LLC as agent for »» 008 | Unsecured Creditors | $301.90 | $301.90 | $0.00 |
| 10 | SYNCHRONY BANK »» 009 | Unsecured Creditors | $410.40 | $144.47 | $265.93 |
| 11 | SYNCHRONY BANK »» 010 | Unsecured Creditors | $8,198.95 | $2,885.42 | $5,313.53 |

**Chapter 13 Case No. 19-12709-PMM**

| **SUMMARY** |
|---|

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $21,579.30 | Current Monthly Payment: | $595.86 |
| Paid to Claims: | $19,684.98 | Arrearages: | $1,659.24 |
| Paid to Trustee: | $1,880.51 | Total Plan Base: | $35,751.60 |
| Funds on Hand: | $13.81 | | |

**<u>NOTES:</u>**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.