United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 19-12709-pmm
Cindy Lou Cox  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3
Date Rcvd: Oct 13, 2022      Form ID: pdf900      Total Noticed: 33

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cindy Lou Cox, 1107 Clover Way, Morgantown, PA 19543-8840 |
| 14315500 | + | American Express, P.O. Box 65020, San Antonio, TX 78265-5020 |
| 14315501 | | CBHS, 6 Dickinson Drive, Suite 107, Chadds Ford, PA 19317-9689 |
| 14315505 | + | Clairmont Paciello & Co., P.C., 250 Tanglewood Lane, King of Prussia, PA 19406-2365 |
| 14315507 | + | Gregg L. Morris, Esq., Patenaude & Felix, A.P.C., 4545 Murphy Canyon Road, 3rd Floor, San Diego, CA 92123-4363 |
| 14315511 | | Penn Medicine, Patient Pay, P.O. Box 824406, Philadelphia, PA 19182-4406 |
| 14318935 | + | Quicken Loans Inc., c/o Rebecca A. Solarz, Esquire, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14315514 | | Radiology Associates of the Main Line, P.O. Box 678678, Dallas, TX 75267-8678 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Oct 14 2022 00:26:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 14 2022 00:26:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/Text: bnc-quantum@quantum3group.com | Oct 14 2022 00:26:00 | Quantum3 Group LLC as agent for Comenity Capital B, PO Box 788, Kirkland, WA 98083-0788 |
| 14331553 | | Email/Text: Bankruptcy@absoluteresolutions.com | Oct 14 2022 00:26:00 | Absolute Resolutions Investments, LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 14315504 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 14 2022 00:38:07 | Citi Cards, P.O. Box 70166, Philadelphia, PA 19176-0166 |
| 14315506 | + | Email/Text: bankruptcy@affglo.com | Oct 14 2022 00:26:00 | Global Credit Collection, Corp., 5440 N. Cumberland Ave., Suite 300, Chicago, IL 60656-1486 |
| 14315508 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 14 2022 00:26:00 | HSN, Comenity Bank, P.O. Box 659707, San Antonio, TX 78265-9707 |
| 14315509 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 14 2022 00:26:00 | Internal Revenue Service, P.O. Box 37910, Hartford, CT 06176-7910 |
| 14315503 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 14 2022 00:38:06 | Chase Slate Visa, Cardmember Service, P.O. Box 1423, Charlotte, NC 28201-1423 |
| 14315502 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 14 2022 00:38:02 | Chase, Cardmember Service, P.O. Box 1423, Charlotte, NC 28201-1423 |
| 14332293 | + | Email/Text: RASEBN@raslg.com | Oct 14 2022 00:26:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14335288 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 14 2022 00:38:07 | LVNV Funding, LLC, Resurgent Capital Services, |

Case 19-12709-pmm   Doc 45   Filed 10/15/22   Entered 10/16/22 00:31:47   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 13, 2022 | Form ID: pdf900 | Total Noticed: 33 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | PO Box 10587, Greenville, SC 29603-0587 |
| 14315510 | | Email/PDF: gecsedi@recoverycorp.com | Oct 14 2022 00:38:06 | Paypal Credit, P.O. Box 71202, Charlotte, NC 28272-1202 |
| 14315513 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 14 2022 00:38:06 | QVC/Synchrony Bank, P.O. Box 530905, Atlanta, GA 30353-0905 |
| 14349328 | | Email/Text: bnc-quantum@quantum3group.com | Oct 14 2022 00:26:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14315512 | | Email/Text: bankruptcyteam@quickenloans.com | Oct 14 2022 00:26:00 | Quicken Loans, P.O. Box 6577, Carol Stream, IL 60197-6577 |
| 14338443 | + | Email/Text: bankruptcyteam@quickenloans.com | Oct 14 2022 00:26:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14315515 | + | Email/Text: ngisupport@radiusgs.com | Oct 14 2022 00:26:00 | Radius Global Solutions, LLC, P.O. Box 390905, Minneapolis, MN 55439-0905 |
| 14351273 | + | Email/Text: bncmail@w-legal.com | Oct 14 2022 00:26:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14315516 | + | Email/PDF: SoFiBKNotifications@resurgent.com | Oct 14 2022 00:38:02 | SoFi Lending Corp., P.O. Box 654158, Dallas, TX 75265-4158 |
| 14353059 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 14 2022 00:37:57 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14316392 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 14 2022 00:38:06 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14315517 | | Email/PDF: gecsedi@recoverycorp.com | Oct 14 2022 00:38:02 | Synchrony Bank / Amazon, P.O. Box 960013, Orlando, FL 32896-0013 |
| 14315518 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Oct 14 2022 00:26:00 | Toyota Financial Services, P.O. Box 4102, Carol Stream, IL 60197-4102 |
| 14340339 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Oct 14 2022 00:26:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 25

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14333933 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 3 of 3 |
| Date Rcvd: Oct 13, 2022 | Form ID: pdf900 | Total Noticed: 33 |

Date: Oct 15, 2022                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2022 at the address(es) listed below:**

**Name**　　　　　　　　　　　**Email Address**

BRIAN CRAIG NICHOLAS
　　　on behalf of Creditor Quicken Loans Inc. bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com

BRIAN CRAIG NICHOLAS
　　　on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
　　　ECFMail@ReadingCh13.com

STANLEY E. LUONGO, JR.
　　　on behalf of Debtor Cindy Lou Cox stan.luongo@luongobellwoar.com  nicole.werner@luongobellwoar.com

Scott F Waterman
　　　on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com

United States Trustee
　　　USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>　　　CINDY LOU COX<br><br>　　　　　　　Debtor | Chapter 13<br><br>Bankruptcy No. 19-12709-PMM |

### ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: October 13, 2022**

_Patricia M. Mayer_
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE